|  |  |  |
|---|---|---|
| **HEIDI BUTCHER,** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | : |  |
|  | : | Hon. Dennis M. Cavanaugh |
| -vs- | : | Civil Action No. 10-1369 (DMC) |
|  | : |  |
|  | : | <u>ORDER SCHEDULING CONFERENCE</u> |
| **DAIICHI SANKYO PHARMACEUTICAL,** | : |  |
|  | : |  |
| **Defendant(s).** | : |  |
|  | : |  |

**IT IS** on this **18th day of July, 2011**

    **ORDERED** that there shall be an **in-person** status/settlement conference before the undersigned on **Thursday, October 13, 2011** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Courtroom 9, Newark, New Jersey.

                                                     /s/   Mark Falk
                                                   **MARK FALK**
                                                   **United States Magistrate Judge**